NTY

M P
359

185' — 25'

4 & 17A

262

110263

110266

992011

110267

**PROPOSED EASEMENT**
**TO**
**MILLENIUM PIPELINE COMPANY, LLC**
**FROM**
**JOHN W. SANFORD III**

ALL THAT TRACT OR PARCEL OF LAND in the Town of Warwick, County of Orange, State of New York, being a portion of the lands of John W. Sanford described in Liber 4485 Page 339 as recorded in the Orange County Clerk's Office on November 20, 1996.

**ACCESS ROAD EASEMENT**

Beginning at a POINT on the southeasterly line of said Sanford, northeasterly along said line a distance of 302 feet, more or less from easterly boundary of NYS Routes 94 & 17A; thence northeasterly through said John W. Sanford III, a distance of 613 feet, more or less to a point; thence easterly through said John W. Sanford III, a distance of 26 feet, more or less to a point; thence southwesterly through said John W. Sanford III, a distance of 304 feet, more or less to a point on said southeasterly line of Sanford; thence southwesterly along said line a distance of 319 feet, more or less to the POINT OF BEGINNING.

Containing 0.20 acre, more or less.

The above described parcel is shown on Exhibit 110265.02 entitled "Exhibit A, Proposed Access Road Crossing Property of John W. Sanford III ", dated March 2007.

