PROPOSED EASEMENTS
TO
MILLENIUM PIPELINE COMPANY, LLC
FROM
JOHN W. SANFORD III

ALL THOSE TRACTS OR PARCELS OF LAND in the Town of Warwick, County of Orange, State of New York, being portions of the lands of John W. Sanford III as described in Liber 4485 Page 339 as recorded in the Orange County Clerk's Office on November 20, 1996.

**PERMANENT EASEMENTS**

WEST PARCEL
Beginning at a point on the easterly line of New York State Highways 94 & 17A southerly a distance of 78 feet, more or less, from a northerly corner of lands of said Sanford; thence southeasterly through said Sanford, along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 572 feet, more or less, to a point; thence easterly through said Sanford and along a line parallel to and 25 feet distant from a proposed pipeline, a distance of 23 feet, more or less, to a point; thence southeasterly through said Sanford and along an existing pipeline easement, a distance 84 feet, more or less, to a point; thence westerly through said Sanford and along a line parallel to and 25 feet distant from a proposed pipeline, a distance of 108 feet, more or less, to a point; thence northwesterly through said Sanford and along a line parallel to and 25 feet distant from a proposed pipeline, a distance of 558 feet, more or less, to a point; thence northerly along the easterly line of New York State Highways 94 & 17A, a distance of 59 feet, more or less, to the Point of Beginning.

EAST PARCEL
Beginning at a point on the northeasterly line of lands of said Sanford a distance of 95 feet, more or less, from a northeasterly corner of said Sanford; thence westerly, through said Sanford and along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 10 feet, more or less, to a point; thence northwesterly along an existing pipeline easement and through said Sanford, a distance of 85 feet, more or less, to a point; thence easterly through said Sanford and along a line parallel to and 25 feet distant from a proposed pipeline, a distance of 13 feet, more or less, to a point; thence southeasterly along a northeasterly line of said Sanford, a distance of 83 feet, more or less, to the Point of Beginning.

The above described parcels contain 0.74 acre, more or less.

**TEMPORARY WORKSPACE EASEMENTS**

WEST PARCEL
Beginning at a point on the easterly line of New York State Highways 94 & 17A southerly 137 feet, more or less, from a northerly corner of lands of said Sanford; thence southeasterly through said

Sanford, along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 558 feet to a point; thence westerly through said Sanford, a distance of 41 feet, more or less, to a point; thence northwesterly through said Sanford and along a line parallel to and 50 feet distant from a proposed pipeline, a distance of 510 feet, more or less, to a point; thence northerly along the easterly line of New York State Highways 94 & 17A, a distance of 29 feet, more or less, to the Point of Beginning.

MIDDLE PARCEL

Commencing at the northeasterly corner of lands of said Sanford; thence southwesterly along the southeasterly line of said Sanford, a distance of 22 feet, more or less, to a point; thence northwesterly, through said Sanford and along the southwesterly line of an existing pipeline easement, a distance of 211 feet, more or less, to the Point of Beginning.

Thence westerly, through said Sanford and along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 23 feet, more or less, to a point; thence northwesterly, through said Sanford and along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 41 feet, more or less, to a point; thence easterly through said Sanford and along a line parallel to and 50 feet distant from a proposed pipeline, a distance of 22 feet, more or less, to a point; thence southeasterly through said Sanford and along an existing pipeline easement, a distance of 41 feet, more or less, to the Point of Beginning.

EAST PARCEL

Beginning at a point on the northeasterly line of lands of said Sanford a distance of 178 feet, more or less, from a northeasterly corner of said Sanford; thence westerly, through said Sanford and along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 13 feet, more or less, to a point; thence northwesterly along an existing pipeline easement and through said Sanford, a distance of 41 feet, more or less, to a point; thence easterly through said Sanford and along a line parallel to and 50 feet distant from a proposed pipeline, a distance of 12 feet, more or less, to a point; thence southeasterly along a northeasterly line of said Sanford, a distance of 42 feet, more or less, to the Point of Beginning.

The above described parcels contain 0.33 acre, more or less.

**EXTRA TEMPORARY WORKSPACE EASEMENTS**

NORTHWEST PARCEL

Beginning at a point on the easterly line of New York State Highways 94 & 17A southerly a distance of 32 feet, more or less, from a northerly corner of lands of said Sanford; thence southeasterly through said Sanford, along an existing pipeline easement, a distance of 85 feet, more or less, to a point; thence southwesterly through said Sanford, a distance of 40 feet, more or less, to a point; thence northwesterly through said Sanford and along a line parallel to and 25 feet distant from a proposed pipeline, a distance of 61 feet, more or less, to a point; thence northerly along the easterly line of New York State Highways 94 & 17A, a distance of 46 feet, more or less, to the Point of Beginning.

NORTH PARCEL

Commencing at a northerly corner of said Sanford; thence southerly, along the easterly line of New

EXHIBIT110265                    Page 2 of 3                    5/22/2007

York State Highways 94 & 17A, a distance of 78 feet, more or less, to a point; thence southeasterly, through said Sanford and along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 174 feet, more or less, to the Point of Beginning.

Thence northeasterly, through said Sanford, a distance of 39 feet, more or less, to a point; thence southeasterly through said Sanford, along an existing pipeline easement, a distance of 150 feet, more or less, to a point; thence southwesterly through said Sanford, a distance of 24 feet, more or less, to a point; thence northwesterly through said Sanford and along a line parallel to and 25 feet distant from a proposed pipeline, a distance of 154 feet, more or less, to the Point of Beginning.

WEST PARCEL

Beginning at a point on the easterly line of New York State Highways 94 & 17A southerly a distance of 166 feet, more or less, from a northerly corner of lands of said Sanford; thence southeasterly, through said Sanford and along a line parallel to and 50 feet distant from a proposed pipeline, a distance of 287 feet, more or less, to a point; thence southwesterly through said Sanford, a distance of 25 feet, more or less, to a point; thence northwesterly through said Sanford and along a line parallel to and 75 feet distant from a proposed pipeline, a distance of 275 feet, more or less, to a point; thence northerly along the easterly line of New York State Highways 94 & 17A, a distance of 29 feet, more or less, to the Point of Beginning.

NORTHEAST PARCEL

Beginning at a northeasterly corner of lands of said Sanford; thence southwesterly, along a southeasterly line of said Sanford, a distance of 6 feet, more or less, to a point; thence northwesterly along an existing pipeline easement and through said Sanford, a distance of 104 feet, more or less, to a point; thence easterly through said Sanford and along a line parallel to and 25 feet distant from a proposed pipeline, a distance of 10 feet, more or less, to a point; thence southeasterly along a northeasterly line of said Sanford, a distance of 95 feet, more or less, to the Point of Beginning.

SOUTHEAST PARCEL

Beginning at a point on the easterly line of lands of said Sanford a distance of 22 feet, more or less, from a northeasterly corner of said Sanford; thence southwesterly along a southeasterly line of said Sanford, a distance of 7 feet to a point, thence northwesterly, through said Sanford and along a line parallel to and 75 feet distant from a proposed pipeline, a distance of 46 feet, to a point; thence westerly, through said Sanford and along a line parallel to and 75 feet distant from a proposed pipeline, a distance of 214 feet, more or less, to a point; thence northerly, through said Sanford, a distance of 50 feet to a point; thence easterly, through said Sanford and along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 149 feet, more or less, to a point; thence southeasterly along an existing pipeline easement and through said Sanford, a distance of 127 feet, more or less, to the Point of Beginning.

The above described parcels contain 0.57 acre, more or less.

The above described parcels are shown on Exhibit 110265 entitled "Exhibit A, Proposed Pipeline Crossing Property of John W. Sanford III", dated March 2007.

EXHIBIT110265                Page 3 of 3                5/22/2007

**PROPERTY OF JOHN V. SANFORD III**
**TOWN OF WARWICK**
**ORANGE CO., NEW YORK**

N.Y.S. HWY 94 & 17A

PROPERTY LINE

110263

110265

POB WEST PARCEL
POB EAST PARCEL

EXTRA TEMP. WORKSPACE
TEMP. WORKSPACE
PERM R/W
TEMPORARY WORKSPACE
EXTRA TEMP. WORKSPACE

LEGEND
- EXISTING PERMANENT EASEMENT
- NEW PERMANENT EASEMENT
- TEMPORARY WORKSPACE
- EXTRA TEMPORARY WORKSPACE TO BE ACQUIRED

ROW DETAIL
EXTRA TEMP. WORK SPACE 25'
PROPOSED P/L (EASTERLY)
PROPOSED PERM. R/W 50'
TEMP. WORK SPACE 25'
EXTRA TEMP. WORK SPACE 25'

SCALE = 1"=100'
TAX ID: 31-2-64.32
REF. ALIGNMENT: D-2487, 156,157/173
PIPE LENGTH = 669'±
PERM. RIGHT-OF-WAY = 0.74± ACRE
TEMPORARY WORKSPACE AREA = 0.33± ACRE
EXTRA TEMPORARY WORKSPACE AREA = 0.57± ACRE

MILLENNIUM PIPELINE