



PROPOSED EASEMENTS
TO
MILLENNIUM PIPELINE COMPANY, LLC
FROM
JOHN W. SANFORD III

ALL THOSE TRACTS OR PARCELS OF LAND in the Town of Warwick, County of Orange, State of New York, being portions of the lands of John W. Sanford III as described in Liber 4485 Page 339 as recorded in the Orange County Clerk's Office on November 20, 1996.

**PERMANENT EASEMENTS**

NORTH PARCEL
Commencing at the northeasterly corner of said John W. Sanford III, being a point on the westerly boundary of New York State Highways 94 & 17A; thence southerly along the westerly line of New York State Highways 94 & 17A, a distance of 138 feet, more or less, to a point; thence northwesterly through said Sanford along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 794 feet, more or less, to a point; thence northwesterly through said Sanford along a line 25 feet distant from and parallel to an existing pipeline, a distance of 304 feet, more or less, to a point; thence westerly through said Sanford along a line 25 feet distant from and parallel to an existing pipeline, a distance of 1,027 feet, more or less, to a point on the westerly line of said Sanford; thence northerly along the westerly line of said Sanford, a distance of 33 feet, more or less, to the Point of Beginning;
Thence northerly along the westerly line of said Sanford, a distance of 17 feet, more or less, to a point; thence easterly through said Sanford and along a line 25 feet distant from and parallel to an existing pipeline, a distance of 1,057 feet, more or less, to a point; thence southeasterly through said Sanford and along a line 25 feet distant from and parallel to an existing pipeline, a distance of 361 feet, more or less, to a point on an existing easement; thence northwesterly through said Sanford along a line 8 feet distant from and parallel to an existing pipeline and along an existing easement, a distance of 360 feet, more or less, to a point; thence westerly through said Sanford along a line 8 feet distant from and parallel to an existing pipeline and along an existing easement, a distance of 1,167 feet, more or less, to the Point of Beginning.

SOUTH PARCEL
Commencing at a point on the westerly boundary of New York State Highways 94 & 17A, a distance of 79 feet, more or less, southerly along the westerly boundary of New York State Highways 94 & 17A from a northeasterly corner of said John W. Sanford III to the Point of Beginning;
Thence southerly along the westerly line of New York State Highways 94 & 17A, a distance of 59 feet, more or less, to a point; thence northwesterly through said Sanford along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 794 feet, more or less, to a point; thence northwesterly through said Sanford along a line 25 feet distant from and parallel to an existing pipeline, a distance of 304 feet, more or less, to a point; thence westerly through said Sanford along a line 25 feet distant from and parallel to an existing pipeline, a distance of 1,027 feet, more or less, to a point on the westerly line of said Sanford; thence northerly along the westerly line of said

Sanford, a distance of 17 feet, more or less, to a point; thence easterly through said Sanford along a line 8 feet distant from and parallel to an existing pipeline and along an existing easement, a distance of 1,037 feet, more or less, to a point; thence southeasterly through said Sanford along a line 25 feet distant from and parallel to an existing pipeline, a distance of 396 feet, more or less, to a point; thence southeasterly through said Sanford along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 184 feet, more or less, to a point; thence northeasterly through said Sanford, a distance of 50 feet, more or less, to a point; thence southeasterly through said Sanford and along an existing easement, a distance of 125 feet, more or less, to a point; thence southwesterly through said Sanford, a distance of 49 feet, more or less, to a point; thence southeasterly through said Sanford along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 358 feet, more or less, to the Point of Beginning.

NORTHEAST PARCEL

Commencing at a point on the westerly boundary of New York State Highways 94 & 17A at the northeasterly corner of said John W. Sanford II; thence northwesterly through said Sanford, a distance of 316 feet, more or less, to the Point of Beginning;

Thence southwesterly through said Sanford, a distance of 8 feet, more or less, to a point; thence westerly through said Sanford and along a line 8 feet distant from and parallel to an existing pipeline and along an existing easement, a distance of 125 feet, more or less, to a point; thence northeasterly through said Sanford, a distance of 7 feet, more or less, to a point on the northeasterly line of said Sanford; thence southeasterly along said northeasterly line, a distance of 125 feet, more or less, to the Point of Beginning.

The above described parcels contain 2.08 acres, more or less.

**TEMPORARY WORKSPACE EASEMENT**

NORTH PARCEL

Commencing at the northeasterly corner of said John W. Sanford III, being a point on the westerly boundary of New York State Highways 94 & 17A; thence southerly along the westerly line of New York State Highways 94 & 17A, a distance of 138 feet, more or less, to a point; thence northwesterly through said Sanford along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 794 feet, more or less, to a point; thence northwesterly through said Sanford along a line 25 feet distant from and parallel to an existing pipeline, a distance of 50 feet, more or less, to the Point of Beginning;

Thence southwesterly through said Sanford, a distance of 25 feet, more or less, to a point; thence northwesterly through said Sanford along a line 50 feet distant from and parallel to an existing pipeline, a distance of 244 feet, more or less, to a point; thence westerly through said Sanford along a line 50 feet distant from an parallel to an existing pipeline, a distance of 1,114 feet, more or less, to a point on the westerly line of said Sanford; thence northerly along the westerly line of said Sanford, a distance of 29 feet, more or less, to a point; thence easterly through said Sanford along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 1,027 feet, more or less, to a point; thence southeasterly through said Sanford along a line 25 feet distance from and parallel to a proposed pipeline, a distance of 248 feet, more or less, to the Point of Beginning.

SOUTH PARCEL

Commencing at a point on the westerly boundary of New York State Highways 94 & 17A, a distance of 138 feet, more or less, southerly along the westerly boundary of New York State Highways 94 & 17A from a northeasterly corner of said John W. Sanford III to the Point of Beginning;

Thence southerly along the westerly line of New York State Highways 94 & 17A, a distance of 29 feet, more or less, to a point; thence northwesterly through said Sanford along a line 50 feet distant from and parallel to a proposed pipeline, a distance of 807 feet, more or less, to a point; thence northeasterly through said Sanford, a distance of 25 feet, more or less, to a point; thence southeasterly through said Sanford along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 794 feet, more or less, to the Point of Beginning.

The above described parcels contain 1.19 acres, more or less.

**EXTRA TEMPORARY WORKSPACE**

NORTHEAST PARCEL

Commencing at a point on the westerly boundary of New York State Highways 94 & 17A, a distance of 32 feet, more or less, southerly along the westerly boundary of New York State Highways 94 & 17A from a northeasterly corner of said Sanford to the Point of Beginning;

Thence southerly along the westerly line of New York State Highways 94 & 17A, a distance of 47 feet, more or less, to a point; thence northwesterly through said Sanford along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 358 feet, more or less, to a point; thence northeasterly through said Sanford, a distance of 49 feet, more or less, to a point; thence southeasterly through said Sanford along a line 8 feet distant from and parallel to an existing pipeline and along an existing easement, a distance of 333 feet, more or less, to the Point of Beginning.

SOUTHEAST PARCEL

Beginning at a point on the westerly boundary of New York State Highways 94 & 17A, a distance of 167 feet, more or less, southerly along the westerly boundary of New York State Highways 94 & 17A from a northeasterly corner of said Sanford; thence southerly along the westerly line of New York State Highways 94 & 17A, a distance of 29 feet, more or less, to a point; thence northwesterly through said Sanford along a line 75 feet distant from and parallel to a proposed pipeline, a distance of 819 feet, more or less, to a point; thence northeasterly through said Sanford, a distance of 27 feet, more or less, to a point; thence southeasterly through said Sanford along a line 50 feet distant from and parallel to a proposed pipeline and along a temporary workspace, a distance of 807 feet, more or less, to the Point of Beginning.

MIDDLE PARCEL

Commencing at a point on the westerly boundary of New York State Highways 94 & 17A, a distance of 138 feet, more or less, southerly along the westerly boundary of New York State Highways 94 & 17A from a northeasterly corner of said Sanford; thence northwesterly through said Sanford along a line 25 feet distant from and parallel to a proposed pipeline and along a temporary workspace, a distance of 794 feet, more or less, to a point; thence northwesterly through said Sanford along a line 25 feet distant

from and parallel to an existing pipeline and along a temporary workspace, a distance of 50 feet to a point; thence southwesterly through said Sanford, a distance of 25 feet, more or less, to the Point of Beginning;

Thence southwesterly through said Sanford, a distance of 25 feet, more or less, to a point; thence northwesterly through said Sanford along a line 75 feet distant from and parallel to an existing pipeline, a distance of 140 feet to a point; thence northeasterly through said Sanford, a distance of 25 feet to a point; thence southeasterly through said Sanford along a line 50 feet distant from and parallel to an existing pipeline and along a temporary workspace, a distance of 140 feet to the Point of Beginning

NORTHWEST PARCEL

Commencing at a northeasterly corner of said John W. Sanford III; thence southerly along the westerly line of New York State Highways 94 & 17A, a distance of 79 feet, more or less, to a point; thence northwesterly through said Sanford along a line 25 feet distant from and parallel to a proposed pipeline, a distance of 358 feet, more or less, to a point; thence northeasterly through said Sanford, a distance of 50 feet, more or less, to a point; thence northwesterly through said Sanford along a line 8 feet distant from and parallel to an existing pipeline and along an existing easement, a distance of 125 feet, more or less, to a point; thence southwesterly through said Sanford, a distance of 50 feet, more or less, to the Point of Beginning;

Thence northwesterly through said Sanford along a line 25 feet distant from and parallel to a proposed pipeline and along a permanent easement, a distance of 128 feet, more or less, to a point; thence northeasterly through said Sanford, a distance of 15 feet, more or less, to a point; thence southeasterly through said Sanford, a distance of 125 feet, more or less, to a point; thence southwesterly through said Sanford and along a permanent easement, a distance of 45 feet, more or less, to the Point of Beginning.

WEST PARCEL

Commencing at a northeasterly corner of said Sanford; thence southerly along the westerly line of New York State Highways 94 & 17A, a distance of 138 feet, more or less, to a point; thence northwesterly through said Sanford along a line 35 feet distant from and parallel to a proposed pipeline and along a permanent easement, a distance of 794 feet, more or less, to a point; thence northwesterly through said Sanford along a line 25 feet distant from and parallel to an existing pipeline and along a permanent easement, a distance of 50 feet to a point; thence southwesterly through said Sanford and along a temporary workspace, a distance of 25 feet, more or less, to a point; thence northwesterly through said Sanford along a line 50 feet distant from and parallel to an existing pipeline and along a temporary workspace, a distance of 244 feet to a point; thence westerly through said Sanford along a line 50 feet distant from and parallel to an existing pipeline and along a temporary workspace, a distance of 874 feet, more or less, to the Point of Beginning;

Thence southerly through said Sanford, a distance of 25 feet to a point; thence westerly through said Sanford along a line 75 feet distant from and parallel to a proposed pipeline, a distance of 185 feet to a point; thence northerly through said Sanford, a distance of 25 feet to a point; thence easterly through said Sanford along a line 50 feet distant from and parallel to a proposed pipeline and along a temporary workspace, a distance of 185 feet, more or less, to the Point of Beginning.

The above described parcels contain 1.10 acres, more or less.

The above described parcels are shown on Exhibit 110263 entitled "Exhibit A, Proposed Pipeline Crossing Property of John W. Sanford III", dated August 2007.

EXHIBIT110263.doc                Page 5 of 5                8/24/2007

