# PROPOSED EASEMENT
## TO
## MILLENNIUM PIPELINE COMPANY, LLC
## FROM
## JOHN W. SANFORD III

ALL THAT TRACT OR PARCEL OF LAND in the Town of Warwick, County of Orange, State of New York, being a portion of the lands of John W. Sanford III described in Liber 4485 Page 339 as recorded in the Orange County Clerk's Office on November 20, 1996.

**PERMANENT ACCESS ROAD EASEMENT**

Beginning at the northeasterly corner of said John W. Sanford III, being a point on the westerly boundary of New York State Highways 94 & 17A; thence southerly along the westerly line of said New York State Highways 94 & 17A, a distance of 29 feet, more or less, to a point; thence northwesterly through said Sanford along a line 29 feet distant from and parallel to a northerly line of said Sanford, a distance of 307 feet, more or less, to a point; thence southwesterly through the lands of said Sanford, a distance of 48 feet, more or less, to a point; thence northwesterly through said Sanford, a distance of 25 feet, more or less, to a point; thence northeasterly through said Sanford, a distance of 73 feet, more or less, to a point; thence southeasterly along the northeasterly line of said Sanford, a distance of 316 feet, more or less, to the Point of Beginning.

The above described parcel contains 0.21 acre, more or less.

The above described parcel is shown on Exhibit 110263.01 entitled "Exhibit A, Proposed Access Road R/W Crossing Property of John W. Sanford III", dated August 2007.

EXHIBIT110263011.doc        Page 1 of 1        8/24/2007

PROPERTY OF JOHN W. SANFORD III
TOWN OF WARWICK
ORANGE CO., NEW YORK

N.Y.S. HWY 94 & 17A

WARWICK M&R STATION

POB 29'±
EXISTING PIPELINE
PROPERTY LINE
PERM R/W
316'±
307'±
49'±
25'±
73'±
℄ PROPOSED PIPELINE
110263.01

LEGEND

▨ PERMANENT ACCESS ROAD R/W TO BE ACQUIRED

SCALE = 1"=200'

MILLENNIUM PIPELINE

EXHIBIT A
PROPOSED ACCESS ROAD R/W CROSSING
PROPERTY OF JOHN W. SANFORD III

Dwn: RLC   Date: 08/07   Ckd:   App:
Job: 970.29804.1   Dwg No.: EXHIBIT-110263.01   Rev:

TAX ID: 31-2-66.2
REF. ALIGNMENT: D-2487, 157/173
PERM. ACCESS ROAD RIGHT-OF-WAY = 0.21± ACRE

NOTE:
PROPERTY OUTLINES ARE BASED ON COUNTY TAX MAPS. DISTANCES AND AREAS SHOWN ON THIS EXHIBIT ARE APPROXIMATE.