| | | | |
|---|---|---|---|
| **County/State:** | Orange | **Tract No:** | 11O265 |
| **Town/Village:** | Warwick | **Tax I.D. No:** | 31-2-64.32 |
| **Property Type:** | Cattle Farm | **Acreage:** | 9.00 |
| **Property Address:** | St Hwy 17A & 94 | **School District:** | Warwick Csd |

**ORIGINAL GRANTOR OF EASEMENT:** Sanford, John W. Estate:  Bertha F. Sanford; John W. Sanford, Jr., Frances S. Bradner; Elizabeth S. Lewis, direct heirs

**BK:** 1124   **PG:** 535   **DATE:** 5/22/1949   **RIGHTS:** Multi-line   **WIDTH:** 16'-19'

**ORIGINAL GRANTEE OF EASEMENT:** Home Gas Company

## LIMITED TITLE CERTIFICATE

**TRACT NAME:** John W. Sanford, III

**ATTACH PROPERTY DESCRIPTION** ☒ **METES & BOUNDS LOCATED** ☐ **METES & BOUNDS NOT LOCATED**

The real estate taxes on the described property were paid for the year $15.12 , by

2006
12/30/2005

Unknown          whose address is   PO Box 105

Warwick, NY 10990

**Assessed Value:** Land: $13,500          Total: $13,500

**Names/Dates searched for Deeds, Mortgages, Bankruptcies, Judgments, & Liens:**

**1.** John W Sanford, III– 1/17/1987 to 1/17/2007

## CHAIN OF TITLE

| Grantor | Grantee | Inst. | Date | Bk/Pg |
|---|---|---|---|---|
| John Wheeler Sanford, Jr. | John W. Sanford, III | Correction Deed for 2860/255 | 10/28/1996 | 4485/339 Attachment #1 |
| John Wheeler Sanford, Jr. | John W. Sanford, III | Special Warranty | 12/23/1987 | 2860/255 Attachment #2 |
| Dorothy A. Sanford | John Wheeler Sanford, Jr. | Special Warranty | 3/11/1970 | 1842/495 Attachment #3 |
| Frances Sanford Bradner & Elizabeth Sanford Lewis (all the undivided right, title and interest devised under the Last Will and Testament of John Wheeler Sanford) | John Wheeler Sanford, Jr. & Dorothy A. Sanford | Special Warranty | 4/7/1956 | 1387/123 Attachment #4 |

## EASEMENTS

| | | | | |
|---|---|---|---|---|
| John Wheeler Sanford Jr. | Orange & Rockland Utilities, Inc. | ROW Agreement | 6/17/1986 | 2531/139 Attachment #5 |
| Bertha Furman Sanford & John Wheeler Sanford Jr. | Rockland Light & Power Company | ROW Agreement | 12/4/1953 | 1290/437 Attachment #6 |
| John W Sanford John W Sanford, Jr. Frances S Bradner Elizabeth S Lewis | Home Gas Company | Easement | 5/22/1949 | 1124/535 Attachment #7 |
| John W Sanford | Orange & Rockland Electric Company | Easement | 5/21/1929 | 692/590 Attachment #8 |
| John W Sanford | Central Hudson Gas & Electric Company | Easement | 2/27/1926 | 662/496 Attachment #9 |

## MORTGAGES

| Mortgagor | Mortgagee | Amount | Date | Bk/Pg |
|---|---|---|---|---|
| None of record | | | | |

## BANKRUPTCIES

None of record

## JUDGEMENTS

None of record

## LIENS

None of record

## PENDING LITIGATION

| Plaintiff | Defendant | Amount | Date | Case No |
|---|---|---|---|---|
| Adam J Filipowski Tinie Filipowski | John W Sanford & Son, Inc. & Co-Partners, John W Sanford, III R Eric Nilsestuen & Sixty-Eight Main Street Realty Company | Monetary Damages | 11/12/1993 | 7228/93 Attachment #10 |

| Title Searcher | Date | Tract No: |
|---|---|---|
| Terry Tupaj | 1/22/2007 | 11O187 |

110263
110265
110265.02

# ORANGE COUNTY CLERK'S OFFICE RECORDING PAGE
## THIS PAGE IS PART OF THE INSTRUMENT – DO NOT REMOVE

TYPE NAME(S) OF PARTY(S) TO DOCUMENT BLACK INK

#1

JOHN WHEELER SANFORD, JR. a/k/a
John W. Sanford, Jr.

TO

JOHN W. SANFORD, III.

| | | | |
|---|---|---|---|
| 201 | 4 | | 1 |
| 31 | | | 64.2 |
| SECTION 31 | BLOCK 2 | LOT | 64.32 |
| 31 | | | 66.2 |
| 201 | 3 | | 40 |

RECORD AND RETURN TO:
(Name and Address)

THERE IS NO FEE FOR THE RECORDING OF THIS PAGE

ATTACH THIS SHEET TO THE FIRST PAGE OF EACH

RECORDED INSTRUMENT ONLY

BEATTIE & KRAHULIK, ESQS.
Two Bank Street – P.O. Box 391
Warwick, New York 10990

## DO NOT WRITE BELOW THIS LINE

Correction
INSTRUMENT TYPE:   DEED   X    MORTGAGE ____   SATISFACTION ____   ASSIGNMENT ____   OTHER ____

PROPERTY LOCATION

| | | | |
|---|---|---|---|
| 2089 BLOOMING GROVE (TN) | 4289 MONTGOMERY (TN) | NO. PAGES 3 | CROSS REF 1 |
| 2001 WASHINGTONVILLE (VLG) | 4201 MAYBROOK (VLG) | CERT. COPY ____ | AFFT. FILED ____ |
| 2289 CHESTER (TN) | 4203 MONTGOMERY (VLG) | | |
| 2201 CHESTER (VLG) | 4205 WALDEN (VLG) | PAYMENT TYPE: CHECK ____ | |
| 2489 CORNWALL (TN) | 4489 MOUNT HOPE (TN) | CASH ____ | |
| 2401 CORNWALL (VLG) | 4401 OTISVILLE (VLG) | CHARGE ✓ | |
| 2600 CRAWFORD (TN) | 4600 NEWBURGH (TN) | NO FEE ____ | |
| 2800 DEERPARK (TN) | 4800 NEW WINDSOR (TN) | | |
| 3089 GOSHEN (TN) | 5089 TUXEDO (TN) | CONSIDERATION $ 0 | |
| 3001 GOSHEN (VLG) | 5001 TUXEDO PARK (VLG) | TAX EXEMPT ____ | |
| 3003 FLORIDA (VLG) | 5200 WALLKILL (TN) | | |
| 3005 CHESTER (VLG) | 5489 WARWICK (TN) | MORTGAGE AMT $ ____ | |
| 3200 GREENVILLE (TN) | 5401 FLORIDA (VLG) | DATE ____ | |
| 3489 HAMPTONBURGH (TN) | 5403 GREENWOOD LAKE (VLG) | | |
| 3401 MAYBROOK (VLG) | ✓ 5405 WARWICK (VLG) | MORTGAGE TYPE: | |
| 3689 HIGHLANDS (TN) | 5800 WAWAYANDA (TN) | (A) COMMERCIAL | |
| 3601 HIGHLAND FALLS (VLG) | 5889 WOODBURY (TN) | (B) 1 OR 2 FAMILY | |
| 3889 MINISINK (TN) | 5801 HARRIMAN (VLG) | (C) UNDER $10,000. | |
| 3801 UNIONVILLE (VLG) | | (E) EXEMPT | |
| 4089 MONROE (TN) | CITIES | (F) 3 TO 6 UNITS | |
| 4001 MONROE (VLG) | 0900 MIDDLETOWN | (I) NAT.PERSON/CR.UNION | |
| 4003 HARRIMAN (VLG) | 1100 NEWBURGH | (J) NAT.PER-CR.UNI OR 2 | |
| 4005 KIRYAS JOEL (VLG) | 1300 PORT JERVIS | (K) CONDO | |

*Joan A. Macchi* (signature)
JOAN A. MACCHI
Orange County Clerk

9999 HOLD

RECEIVED FROM: *Beattie + Krahulik*

LIBER 4485 PAGE 339

LIBER 4485   PAGE 339
ORANGE COUNTY CLERK'S OFFICE S.M.
RECORDED/FILED 05-25-2000 04.08.40 PM
FEES    44.50   EDUCATION FUND   5.00
SERIAL NUMBER: 003230
DEED CNTL NO 62674   RE TAX    .00

110 263
110265
110265.02

FORM 5R7  N. Y. DEED - Covenant Against Grantor with Lien Covenant REV. (J-82)

TUTTLEBLANX REGISTERED U. S. PATENT OFFICE
TUTTLE LAW PRINT, PUBLISHERS, RUTLAND, VT 0 5702

# This Indenture,

| | **State of New York** | |
| | **County of** | **ss.** |

Made the  28th  day of OcToбeR

Nineteen Hundred and  Ninety-six,

Recorded on the          day
of                A. D., 19        at
          o'clock         M. in liber
of DEEDS at page
and examined.

**Between**  JOHN WHEELER SANFORD, JR.,

residing at 93 Maple Avenue, Village of

Warwick, County of Orange, State of New York 10990;

Clerk

*party*  of the first part, and

JOHN W. SANFORD, III., residing at 105 Rt. 94 North (Seward Highway), Town of

Warwick, County of Orange, State of New York 10990;

*party* of the second part,

**Witnesseth**  that the part y  of the first part, in consideration of  _____

ONE and 00/100 —————————————————————— Dollar  ($ 1.00 )
*lawful money of the United States,*
*paid by the part* y  *of the second part, do* es  *hereby grant and release unto the party*
*of the second part,*          his distributees              *and assigns forever, all*

THOSE TRACTS OR PARCELS OF LAND situate, lying and being in the Village and Town
of Warwick, County of Orange and State of New York, bounded and described as
follows:

FIRST PARCEL:  BEGINNING at a heap of stones on the most eastern part of said farm
and adjoining the land of William L. Benedict and runs thence first along the lands
of Ross W. Sly and A.D. Demerest North 55-1/4° West 74 chains to the lands of Mary
Baird; thence second along the lands of said Baird south 13° east 10 chains and
80 links to a heap of stones on the corner of James A. Benedict lands; thence third
along said Benedict's line South 14° east 11 chains and 75 links to a stake and
stone; thence fourth south 15° east 17 chains and 46 links to a stake and stones;
thence fifth along the lands of said J.A. Benedict and William Penny south 12° east
15 chains and 29 links to the land of Thomas M. Hyatt; thence sixth along the lands
of said Hyatt and Charles Coats north 76-1/2° east 7 chains and 73 links to lands
of Ann Aliza Stewart; thence along said Stewart's land north 15° east 1 chain and
95 links to a stake and stones; thence still along Stewart's land south 78° east
4 chains and 18 links; thence along said Stewart's land and lands of Gideon S.
Bradner and Bradner Brothers' lands and the lands of William L. Benedict north
76-1/2° east 36 chains and 47 links to the place of beginning. Containing about
134 acres of land more or less.

EXCEPTING THEREOUT AND THEREFROM a small strip of land conveyed by Ezra Sanford
and wife to Ann E. Stewart dated on or about November 21st., 1870.

SECOND PARCEL:  BEGINNING at a stake in the line of the lands of the party of the
first part and Ezra Sanford and runs thence along said line north 77-1/4° east 4
chains and 14 links to center of highway; thence along the center of said highway
south 14-1/2° west 1 chain and 71 links; thence north 78° west 3 chains and 69
links to the place of beginning. Containing 315/1000 of an acre of land.

THIRD PARCEL:  BEGINNING at the southeast corner of the lands of John Burt in the
highway leading from the lands of the Bradner Brothers to John Burt and running
thence along said highway south 44° east 11 chains and 78 links to a stake and
stones; thence along the same south 54° east 4 chains to the lands of James A.
Benedict; thence along said Benedict's land north 60° east 4 chains and 26 links
to a stake and stones; thence along the same north 67-3/4° east 20 chains and 46
links to the lands of G.W. Sanford; thence along said Sanford's lands north 11°
west 5 chains and 66 links to a stake and stones; thence passing through the
center of a large rock oak tree standing about one rod from the corner north 84°
west 24 chains and 39 links to the lands of John Burt; thence along said Burt's
lands south 31-1/2° west 4 chains and 63 links to a stake and thence still along

liber 448 page 340

said Burt's lands south 64-3/4° west 6 chains and 85 links to the place of beginning. Containing 35 acres and 61/100 of an acre.

EXCEPTING THEREOUT AND THEREFROM about 39/100 of an acre conveyed to Frederick Frazer and Margaret Frazer, his wife, by deed dated August 17th, 1909 and recorded in Book 520 of Deeds at Page 411 on January 4, 1911.

FOURTH PARCEL: BEGINNING at the northwest corner of the lands of Charles Coates (now Agnes S. Wilder) and runs thence south 18° and 30' west 9 chains and 62 links to the middle of the highway; thence along the center of said highway north 64-1/2° west 7 chains and 41 links; thence north 13° east 3 chains and 98 links; thence north 77° east 9 chains and 4 links to the place of beginning. Containing about 5 acres more or less.

EXCEPTING AND RESERVING THEREOUT AND THEREFROM about 93/100 of an acre conveyed by the said George W. Sanford and wife to Charles A. Bowen by deed bearing the date March 31, 1884 and recorded in Orange County Records of deeds in Book No. 328 at Page 182 on April 9, 1884.

EXCEPTING from the premises hereby conveyed two parcels of land aggregating 1.06 acres conveyed to Miles Carrington Hannah by John W. Sanford and wife.

EXCEPTING a lot 125 feet by 75 feet conveyed to the Home Gas Company and SUBJECT to the easement for a gas pipe line heretofore granted to said Home Gas Company and also to an easement heretofore granted to Central Hudson Gas & Electric Co., for electric power line.

PREMISES hereby conveyed are subject to a right of way twenty feet in width along the northerly boundary of said premises leading from the Sleepy Valley Road to a lot of 8.02 acres conveyed by Bertha F. Sanford to M. Renfrew Bradner, Jr. and John Henry Bradner by deed dated September 16, 1938, recorded in Book 1229, Page 494.

SUBJECT to grant to Rockland Light and Power Company, recorded December 9, 1953 in Book 1290, Page 437.

SUBJECT also to grants to Orange & Rockland Electric Company.

EXCEPTING THEREOUT AND THEREFROM premises conveyed by John Wheeler Sanford, Jr. and Dorothy A. Sanford, his wife, to August M. Kleeman, Jr. and Josephine B. Kleeman, his wife, dated April 25, 1964 and recorded May 18, 1964 in Liber 1662 of Deeds, Page 1184, Orange County Clerk's Office.

EXCEPTING THEREFROM premises conveyed by John Wheeler Sanford, Jr. and Dorothy A. Sanford, his wife, to John W. Sanford, III. by deed dated April 14, 1966, and recorded April 18, 1966 in Liber 1741 of Deeds, Page 280, Orange County Clerk's Office.

EXCEPTING THEREOUT AND THEREFROM premises conveyed by John Wheeler Sanford, Jr, to John Wheeler Sanford, Jr. and Dorothy A. Sanford, his wife, by deed dated March 11, 1970, and recorded March 16, 1970 in Liber 1842 of Deeds, Page 492, Orange County Clerk's Office.

ALSO EXCEPTING THEREOUT AND THEREFROM premises conveyed by John Wheeler Sanford, Jr. to Charles C. Ashley and Corinna S. Ashley by deed dated March 30, 1971 and recorded April 15, 1971 in Liber 1870 of Deeds, Page 743 Orange County Clerk's Office.

ALSO EXCEPTING THEREOUT AND THEREFROM premises conveyed by John W. Sanford, Jr., a/k/a John Wheeler Sanford, Jr., to Alfred R. Lewis and Corinna S. Lewis, his wife, by deed dated December 31, 1985, and recorded January 15, 1986 in Liber 2465 of Deeds, Page 174 Orange County Clerk's Office.

BEING a portion of the premises conveyed by Dorothy A. Sanford to John Wheeler Sanford, Jr. by deed dated March 11, 1970, and recorded March 16, 1970 in Liber 1842 of Deeds, Page 495 Orange County Clerk's Office.

This deed is executed and delivered to correct an error in the description of the premises described in deed from John W. Sanford, Jr. to John W. Sanford, III. dated December 23rd, 1987, and recorded December 28, 1987 in Liber 2860 of Deeds, Page 255, Orange County Clerk's Office.

DEED **4485**PG **341**

**Together** with the appurtenances and all the estate and rights of the party of the first part in and to said premises,

**To have and to hold** the premises herein granted unto the party of the second part, his distributees and assigns forever.

**And** the part of the first part covenant that he has not done or suffered anything whereby the said premises have been incumbered in any way whatever, except as aforesaid.

**And** That, in Compliance with Sec. 13 of the Lien Law, the grantor will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

**In Witness Whereof**, the party of the first part has hereunto set his hand and seal the day and year first above written.

In Presence of

_____ John W Sanford jr LS

JOHN WHEELER SANFORD, JR.

_____ Jr LS

_____ LS

_____ LS

**State of New York**
**County of** ORANGE } ss.: On this 28th day of October Nineteen Hundred and Ninety-six,
before me, the subscriber, personally appeared

JOHN WHEELER SANFORD, JR.

to me personally known and known to me to be the same person described in and who executed the within Instrument, and he duly acknowledged to me that he executed the same.

_____ Notary Public

EMIL R. KRAHULIK
Notary Public, State of New York
Qualified in Orange County
Commission Expires February 28, 1998

LIBER 4485 PG 342

..* a corporation organized under the Laws of the State of New York and having
its principal pl    the transaction of bus    is located at 120 East 53.
...st Street, New York City, N. Y.

INDEXED
1319
11 0 2б3
11 0265
11 0 266
11 0 267.01
110 267.02

For and in consideration of One Dollar ($1.00) to      Them
John W. Sanford Estate:

in hand paid,

Bertha F. Sanford; John W. Sanford, Jr.,

Frances S. Bradner; Elizabeth S. Lewis, direct heirs,
of Warwick, New York
(No Street Address)          Home Gas Company,

herein designated as the Grantor do         Grant and Convey to
herein designated as the Grantee, its successors and assigns, the right and privilege to lay, maintain,
operate, repair, change and remove a pipe line over and through lands situated in the    Town & Village
County of  Orange          in the State of   New York, bounded and described as follows:  of Warwick

On the north by lands of____Hannah Sly, et al

On the east by lands of_____A. D. Vanderburgh

On the south by lands of___George Hansen; Paul Boughton, et al

On the west by lands of_____Town Road

The Grantee's proper representatives are hereby granted the right of ingress, egress and regress
to and from the above described lands, together with the right to maintain, operate, repair and remove
its existing pipe lines for the transportation of gas on said land. It is provided that the Grantor may
fully enjoy the use of said premises, except for the purposes herein granted to said Grantee, and said
Grantee to compensate for any damages, both real and personal, which may arise from laying, main-
taining, operating, repairing, and removing said pipe line, said damages if not mutually agreed upon
to be ascertained and determined by three disinterested persons, one to be appointed by the Grantor,
Their  heirs and assigns, one by the Grantee, its successors or assigns, and the third by
the two appointed as aforesaid, and the award of such three persons shall be final and conclusive.

The Grantee shall select the exact location of the pipe line after its final surveys have been com-
pleted. And it is hereby further agreed, that the said company, its successors and assigns, may at any
time lay, maintain, operate, repair and remove a second line of pipe alongside of the first line as
herein provided, upon the payment of a like consideration, and subject to the same conditions; also
may change the size of its pipes, the damage, if any, to crops and surface in making such change
to be paid by the Company.

The Grantee agrees to pay One Dollar ($1.00) per linear rod of right of way at the time
of laying the pipe thereon, and in case no pipe is laid thereon, or such payment per rod is not made
within three years from the date thereof, this grant shall be null and void, and neither party hereto
shall be liable to the other as a result of this instrument, plus the sum of $622.00 for
deppreciation of value of building lots.
It is agreed that the Grantor shall not have a vendor's lien hereunder, and that in lieu of any
such lien, Grantor accepts the Grantee's obligation to pay any consideration in addition to the consid-
eration already paid.



... D.PT.
BY
DATE  SEP 20 1949

R060893-000

R0609093.000-0168009

110 263
110 265
11 0 266
110 267
11 0 267, 01
11 0 267, 02

536

All payments hereunder may be made to          John W. Sanford Estate

Warwick, New York.          who is hereby authorized to receive and receipt for same.

After construction of the line has been completed, the right-of-way is to be 16 feet wide, except where the pipe line is laid at a distance of 15 feet from the property line, and in those places, the right-of-way is to be 19 feet wide. Final survey to be approved by both the Grantor and the Grantee. It is mutually agreed that the pipe line is to be at least five feet in depth from point beginning at Town Road at West end of property to a point where the line ceases to parallel boundary fence and this section may be used by grantors or assigns as a street or roadway.

IT IS MUTUALLY UNDERSTOOD AND AGREED that this instrument as originally written covers all the agreements and stipulations between the parties, and that no representations or statements, verbal or written, have been made modifying, adding to, or changing the terms of said original right of way.

WITNESS the following signatures and seals this          22nd          day of
May     , A.D. 19 49

Signed, sealed and delivered
in presence of:

_Dorothy C. Sanford_ ____ Witness  _Bertha F. Sanford_ ____ Grantor

_R. S. Bauman_ ____ Witness  _Jno W. Sanford Jr._ ____ Grantor

_Madison J. Lewis_ ____ Witness  _Frances Sanford Bradner_ ____ Grantor

_Madison J. Lewis_ ____ Witness  _Elizabeth Sanford Lewis_ ____ Grantor

Accepted for Home Gas Company by: _F. H. Palmer_

State of New York
County of Orange     }   SS:
of

On this          22nd          day of          May          in the
year Nineteen Hundred and          Forty nine          before me, the
subcriber, personally appeared Bertha F. Sanford, John W. Sanford Jr.,
Frances S. Bradner and Elizabeth S. Lewis

to me known and known to me to be the same persons          described in, and
who executed the within Instrument, and          they          he acknowledged to me that
he they          executed the same.

_Harold W. Schofield_

Harold W. Schofield
Notary Public in the State of New York
My commission expires March 30, 1951
Orange County Clerk's No. 526

110263
110265
110266
110267
110267.01
110267.02
537

State of New York
County of *Broome*          } SS:
       of *Binghamton*

On this    31st    day of    *May*                    in the
year Nineteen Hundred and    *forty-nine*         before me, the
subcriber, personally appeared    *L. E. Palmer*

to me known and known to me to be the same person          described in, and
who executed the within Instrument, and          he acknowledged to me that
he                         executed the same.

*Russell K. Wagstaff*
RUSSELL K. WAGSTAFF
Notary Public, State of New York
Residing in Broome County
My commission expires March 30, 1950
*Cert. filed in Orange Co.*

State of New York
County of              } SS:
       of

On this              day of                    in the
year Nineteen Hundred and                     before me, the
subcriber, personally appeared

to me known and known to me to be the same person          described in, and
who executed the within Instrument, and          he acknowledged to me that
he                         executed the same.

-------------------------------------------------------------

-------------------------------------------------------------

Rev. F.J.S. 1-49-2M

R060893-000

R060893-000

# RIGHT OF WAY AGREEMENT

Right of Way No. 1319

Line No. 127.44-1

Grantor  John W. Sanford Estate

Address  Warwick, New York

Township  Warwick

County  Orange

State  New York

Date  May 22nd, 1949

Recorded:

---

Orange County Clerk's Office, s.s.

Recorded on the ____ day

of _____ 19____

at ____ A.M. in Liber 1124 of

Deeds at page 535

and Examined.

_____ Clerk

RECORD AND RETURN
LEXOW & JENKINS

110267.02
110267.01
110266
110265
110263

110265
363 01

#2

ORANGE COUNTY CLERK'S OFFICE RECORDING PAGE
(This Page is Part of the Instrument)

PRINT OR TYPE: BLACK INK ONLY.

64.2-64.65
LOT 40

BLOCK 3 4

JOHN WHEELER SANFORD, JR.

TO

JOHN W. SANFORD, III

SECTION 201  2031

**RECORD AND RETURN TO:**
(Name and Address)

BEATTIE & KRAHULIK, ESQS.
TWO BANK STREET
P.O. BOX 391
WARWICK, NEW YORK 10990

ATTACH THIS SHEET TO THE FIRST PAGE OF EACH RECORDED INSTRUMENT ONLY.

DO NOT WRITE BELOW THIS LINE

CONTROL NO. 065607       DATE 12-23-8  AFFIDAVIT FILED _____ 19___

INSTRUMENT TYPE: DEED ✓___ MORTGAGE ____ SATISFACTION ____ ASSIGNMENT ____ OTHER ___

| | | |
|---|---|---|
| BG20 Blooming Grove | SERIAL NO. _____ | |
| CH22 Chester | | |
| CO24 Cornwall | Mortgage Amount $ _____ | CHECK ✓ CASH ___ CHARGE ___ |
| CR26 Crawford | | |
| DP28 Deerpark | Exempt   Yes ___ No ___ | |
| GO30 Goshen | | MORTGAGE TAX  $ |
| GR32 Greenville | 3-6 Cooking Units  Yes ___ No ___ | TRANSFER TAX  $ E |
| HA34 Hamptonburgh | Received Tax on above Mortgage | |
| HI36 Highland | Basic  $ _____ | |
| MK38 Minisink | | |
| ME40 Monroe | MTA  $ _____ | |
| MY42 Montgomery | | RECORD. FEE  $ 20- |
| MH44 Mount Hope | Spec. Add. $ _____ | REPORT FORMS  $ 5- |
| NT46 Newburgh (T) | TOTAL  $ _____ | |
| NW48 New Windsor | | CERT. COPIES  $ |
| TU50 Tuxedo | | |
| WL52 Wallkill | MARION S. MURPHY | |
| WK54 Warwick | Orange County Clerk | |
| WA56 Wawayanda ✓ | | J. Sanford |
| WO58 Woodbury | by: _____ | |
| MN09 Middletown | | |
| NC11 Newburgh | ORANGE COUNTY CLERK'S OFFICE S.S. | |
| PJ13 Port Jervis | Recorded on the 28th | RECEIVED |
| 9999 Hold | day of | $ Exempt |
| | Dec 19 87 at 1'32 | REAL ESTATE |
| | O'Clock P M. in Liber/Film 2860 | DEC 28 1987 |
| | Deeds at page 255 and examined. | TRANSFER TAX |
| | | ORANGE COUNTY |

5362

Marion S. Murphy
County Clerk

For Corr. Deed see DB 4485 pg 339, Nov 20, 1996

LIBER 2860 PG 255

FORM 587X  N.Y DEED—Covenant Against Grantor with Lien Covenant

# This Indenture,

State of New York
County of } ss.

Made the 23rd day of December
Nineteen Hundred and Eighty-seven,

Between  JOHN WHEELER SANFORD, JR.,

residing at 93 Maple Avenue, Village of Warwick, County of Orange, State of
New York 10990,

party of the first part, and

JOHN W. SANFORD, III, residing at 105 Rt. 94 N (Seward Highway),
Town of Warwick, County of Orange, State of New York 10990

Recorded on the
of                day
o'clock        .A. D., 19        at
of DEEDS at page        .M. in liber
and examined.

Clerk

Witnesseth that the party of the first part, in consideration of ONE and 00/100— party of the second part,
lawful money of the United States,                 —Dollar ($1.00    )
paid by the party of the second part, does hereby grant and release unto the
party of the second part,        his distributees        and assigns forever,
ALL THOSE TRACTS OR PARCELS OF LAND situate, lying and being in the
Village and Town of Warwick, County of Orange and State of New York,
bounded and described as follows:

FIRST PARCEL:  BEGINNING at a heap of stones on the most eastern
part of said farm and adjoining the land of William L. Benedict and
runs thence first along the lands of Ross W. Sly and A.D. Demerest
North 55-1/4° west 74 chains to the lands of Mary Baird; thence
second along the lands of said Baird south 13° east 10 chains and 80
links to a heap of stones on the corner of James A. Benedict lands;
thence third along said Benedict's line south 14° east 11 chains and
75 links to a stake and stone; thence fourth south 15° east 17
chains and 46 links to a stake and stones thence fifth along the
lands of said J.A. Benedict and William Penny south 12° east 15
chains and 29 links to the land of Thomas M. Hyatt; thence sixth
along the lands of said Hyatt and Charles Coats north 76-1/2° east 7
chains and 73 links to lands of Ann Aliza Stewart; thence along said
Stewart's land north 15° east 1 chain and 95 links to a stake and
stones; thence still along Stewart's land south 78° east 4 chains
and 18 links; thence along said Stewart's land and lands of Gideon
S. Bradner and Bradner Brothers' lands and the lands of William L.
Benedict north 76-1/2° east 36 chains and 47 links to the place of
beginning.  Containing about 134 acres of land more or less.

EXCEPTING THEREOUT AND THEREFROM a small strip of land conveyed by
Ezra Sanford and wife to Ann E. Stewart dated on or about November
21st, 1870.

SECOND PARCEL:  BEGINNING at a stake in the line of the lands of the
party of the first part and Ezra Sanford and runs thence along said
line north 77-1/4° east 4 chains and 14 links to center of highway;
thence along the center of said highway south 14-1/2° west 1 chain
and 71 links; thence north 78° west 3 chains and 69 links to the
place of beginning.  Containing 315/1000 of an acre of land.

THIRD:  BEGINNING at the southeast corner of the lands of John Burt
in the highway leading from the lands of the Bradner Brothers to
John Burt and running thence along said highway south 44° east 11
chains and 78 links to a stake and stones; thence along the same
south 54° east 4 chains to the lands of James A. Benedict; thence
along said Benedict's land north 60° east 4 chains and 26 links to a
stake and stones; thence along the same north 67-3/4° east 20 chains
and 46 links to the lands of G. W. Sanford; thence along said
(CONTINUED)

Sec. 201 - Blk. 4 - Lot 1
Sec. 31 - Blk. 2 - Lots 64.2, 64.32 & 66.2
Sec. 201 - Blk. 3 - Lot 40

LIBER 2600 PG 256

Sanford's lands north 11° west 5 chains and 66 links to a stake and stones; thence passing through the center of a large rock oak tree standing about one rod from the corner north 84° west 24 chains and 39 links to the lands of John Burt; thence along said Burt's lands south 31-1/2° west 4 chains and 63 links to a stake and thence still along said Burt's lands south 64-3/4° west 6 chains and 85 links to the place of beginning.  Containing 35 acres and 61/100 of an acre.

EXCEPTING THEREOUT AND THEREFROM about 39/100 of an acre conveyed to Frederick Frazer and Margaret Frazer, his wife, by deed dated August 17th, 1909 and recorded in Book 520 of Deeds at Page 411 on January 4, 1911.

FOURTH PARCEL:  BEGINNING at the northwest corner of the lands of Charles Coates (now Agnes S. Wilder) and runs thence south 18° and 30' west 9 chains and 62 links to the middle of the highway; thence along the center of said highway north 64-1/2° west 7 chains and 41 links; thence north 13° east 3 chains and 98 links; thence north 77° east 9 chains and 4 links to the place of beginning.  Containing about 5 acres more or less.

EXCEPTING AND RESERVING THEREOUT AND THEREFROM about 93/100 of an acre conveyed by the said George W. Sanford and wife to Charles A. Bowen by deed bearing the date March 31, 1884 and recorded in Orange County Records of deeds in Book No. 328 at Page 182 on April 9, 1884.

EXCEPTING from the premises hereby conveyed two parcels of land aggregating 1.06 acres conveyed to Miles Carrington Hannah by John W. Sanford and wife.

EXCEPTING a lot 125 feet by 75 feet conveyed to the Home Gas Company and SUBJECT to the easement for a gas pipe line heretofore granted to said Home Gas Company and also to an easement heretofore granted to Central Hudson Gas & Electric Co., for electric power line.

PREMISES hereby conveyed are subject to a right of way twenty feet in width along the northerly boundary of said premises leading from the Sleepy Valley Road to a lot of 8.02 acres conveyed by Bertha F. Sanford to M. Renfrew Bradner, jr. and John Henry Bradner by deed dated September 16, 1938, recorded in Book 1229, Page 494.

SUBJECT to grant to Rockland Light and Power Company, recorded December 9, 1953 in Book 1290, Page 437.

SUBJECT also to grants to Orange & Rockland Electric Company.

BEING the same premises conveyed by Frances Sanford Bradner and Elizabeth Sanford Lewis to John Wheeler Sanford, Jr., and Dorothy A. Sanford, his wife, by deed dated April 7, 1956, and recorded May 23, 1956, in Liber 1387 of Deeds, Page 123, Orange County Clerk's Office.

EXCEPTING THEREFROM premises conveyed by John Wheeler Sanford, Jr., and Dorothy A. Sanford, his wife, to John W. Sanford, III, by deed dated April 14, 1966, and recorded April 18, 1966, in Liber 1741 of Deeds, Page 280, Orange County Clerk's Office.

EXCEPTING THEREOUT AND THEREFROM premises conveyed by John Wheeler Sanford, Jr. and Dorothy A. Sanford, his wife to August M. Kleeman, Jr. and Josephine B. Kleeman, his wife, dated April 25, 1964 and recorded May 18, 1964 in Liber 1662 of Deeds, Page 1184, Orange County Clerk's Office.

-2-

LIBER 2860 PG 257

SUBJECT to the right of way granted by said conveyance, the fee title thereto being included in the within conveyance of lands to the party of the second part.

EXCEPTING THEREOUT AND THEREFROM premises conveyed by John Wheeler Sanford, Jr. and Dorothy A. Sanford, his wife to F. Demorest Knapp, Jr. by deed dated January 5, 1971, and recorded September 21st, 1971 in Liber 1884 of Deeds, Page 1149, Orange County Clerk's Office.

EXCEPTING THEREOUT AND THEREFROM premises conveyed by John Wheeler Sanford, Jr. to Charles C. Ashley and Corinna S. Ashley, his wife, by deed dated March 30, 1971 and recorded April 15, 1971 in Liber 1870 of Deeds, Page 743, Orange County Clerk's Office.

EXCEPTING THEREOUT AND THEREFROM premises conveyed by John Wheeler Sanford, Jr. to Alfred R. Lewis and Corinna S. Lewis, his wife, by deed dated December 31, 1985 and recorded January 15, 1986 in Liber 2465 of Deeds, Page 174, Orange County Clerk's Office.

EXCEPTING THEREOUT AND THEREFROM the dwelling and barn and 3.7± acres of land, situate, lying and being on the westerly side of Maple Avenue and New York State Route 17A (County Highway 94) shown and designated on the Village of Warwick tax map as Section 201, Block 3, Lot 31.

BEING a portion of the lands conveyed by Dorothy A. Sanford to John Wheeler Sanford, Jr. by deed dated March 11, 1970, recorded March 16, 1970 in Liber 1842 of Deeds, Page 495, Orange County Clerk's Office.

ALSO, being a portion of the premises conveyed by Frances Sanford Bradner and Elizabeth Sanford Lewis to John Wheeler Sanford, Jr. and Dorothy A. Sanford, his wife, dated April 7th, 1956, and recorded May 23rd, 1956 in Liber 1387 of Deeds, Page 123, Orange County Clerk's Office.

SUBJECT to an Option to Purchase bearing even date herewith between the parties hereto and Dorothy A. Sanford as to so much of the lands herein being conveyed to the party of the second part, situate, lying and being on the westerly side of New York State Highway 17A (Orange County Highway 94) and,

ALSO SUBJECT to an Option to Purchase bearing even date herewith between the parties hereto and Corinna S. Lewis as to so much of the lands herein being conveyed to the party of the second part, situate, lying and being on the easterly side of New York State Highway 17A (Orange County Highway 94).

-3-

Sec. 201 - Blk. 4 - Lot 1
Sec. 31 - Lots 64.2, 64.32 & 66.2
Sec. 201 - Blk. 3 - Lot 40

BEATTIE & KRAHULIK
Attorneys at Law
3 Bach Street
Warwick, New York
10990

LIBER 2360 PG 258

*Together with the appurtenances and all the estate and rights of the party of the first part in and to said premises,*

*To have and to hold the premises herein granted unto the part y of the second part, his distributees and assigns forever.*

*And the part of the first part covenant that he ha not done or suffered anything whereby the said premises have been incumbered in any way whatever.*

*And That, in Compliance with Sec. 13 of the Lien Law, the grantor will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.*

*In Witness Whereof, the part y of the first part ha s hereunto set hand and seal the day and year first above written.*

*In Presence of*

JOHN WHEELER SANFORD, JR.

**State of New York**
**County of Orange** ss. On this 23rd day of December Nineteen Hundred and Eighty-seven, before me, the subscriber, personally appeared

JOHN WHEELER SANFORD, JR.

*to me personally known and known to me to be the same person described in and who executed the within Instrument, and he acknowledged to me that he executed the same.*

*Notary Public*

PAUL R. PESCHEK
Notary Public, State of New York
Qualified in Orange County
Commission Expires March 28, 19__

2-28-1990

LIBER 2860 PG 259

# This Indenture,

Made the 11ᵗʰ day of March,

Nineteen Hundred and **Seventy**,

**Between** DOROTHY A. SANFORD,

residing at no number Maple Avenue,

Village of Warwick, County of Orange,

State of New York,

Tuttle Law Print Publishers Rutland Vt.

**County of**

Recorded on the _____ day
of _____ A. D., 19___ at
_____ o'clock ___ M. in liber
of DEEDS at page _____
and examined.

Clerk

party **y** of the first part, and

JOHN WHEELER SANFORD, JR., residing at no number Maple Avenue,

Village of Warwick, County of Orange, State of New York,

party **y** of the second part,

**Witnesseth** that the part **y** of the first part, in consideration of – – – – –

ONE – – – – – – – – – – – – – – – – – – – – Dollar ($ 1.00 – –)
lawful money of the United States,
paid by the part **y** of the second part, do **es** hereby grant and release unto the
part **y** of the second part, his **distributees** and assigns forever, all
her right, title and interest of, in and to ALL THOSE TRACTS OR
PARCELS OF LAND situate, lying and being in the Village and Town of
Warwick, County of Orange and State of New York, bounded and
described as follows:

FIRST PARCEL: BEGINNING at a heap of stones on the most eastern
part of said farm and adjoining the land of William L. Benedict and
runs thence first along the lands of Ross W. Sly and A. D. Demerest
north 55¼° west 74 chains to the lands of Mary Baird; thence second
along the lands of said Baird south 13° east 10 chains and 80 links
to a heap of stones on the corner of James A. Benedict lands; thence
third along said Benedicts line south 14° east 11 chains and 75
links to a stake and stone; thence fourth south 15° east 17 chains
and 46 links to a stake and stones thence fifth along the lands of
said J. A. Benedict and William Penny south 12° east 15 chains and
29 links to the land of Thomas M. Hyatt; thence sixth along the
lands of said Hyatt and Charles Coats north 76½° east 7 chains and
73 links to lands of Ann Aliza Stewart; thence along said Stewarts
land north 15° east 1 chain and 95 links to a stake and stones;
thence still along Stewart's land south 78° east 4 chains and 18
links; thence along said Stewart's land and lands of Gideon S.
Bradners and Bradner Brothers lands and the lands of William L.
Benedict north 76½° east 36 chains and 47 links to the place of
beginning. Containing about 134 acres of land more or less.

EXCEPTING THEREOUT AND THEREFROM a small strip of land conveyed by
Ezra Sanford and wife to Ann E. Stewart dated on or about Nov. 21st,
1870.

SECOND PARCEL: BEGINNING at a stake in the line of the lands of

LIBER 1342 PG 496

thence along said Benedict's land north 60° east 4 chains and 26
links to a stake and stones; thence along the same north 67¾° east
20 chains and 46 links to the lands of G. W. Sanford; thence along
said Sanford's lands north 11° west 5 chains and 66 links to a stake
and stones; thence passing through the center of a large rock oak
tree standing about one rod from the corner north 84° west 24 chains
and 39 links to the lands of John Burt; thence along said Burt's
lands south 31½° west 4 chains and 63 links to a stake and thence
still along said Burt's lands south 64¾° west 6 chains and 85 links
to the place of beginning.  Containing 35 acres and 61/100 of an
acre.

EXCEPTING THEREOUT AND THEREFROM about 39/100 of an acre conveyed
to Frederick Frazer and Margaret Frazer, his wife, by deed dated
Aug. 17th, 1909 and recorded in book 520 of deeds at page 411 on
Jan. 4, 1911.

FOURTH PARCEL:  BEGINNING at the northwest corner of the lands of
Charles Coates (now Agnes S. Wilder) and runs thence south 18° and
30' west 9 chains and 62 links to the middle of the highway; thence
along the center of said highway north 64½° west 7 chains and 41
links; thence north 13° east 3 chains and 98 links; thence north 77°
east 9 chains and 4 links to the place of beginning.  Containing
about 5 acres more or less.

EXCEPTING AND RESERVING THEREOUT AND THEREFROM about 93/100 of an
acre conveyed by the said George W. Sanford and wife to Charles A.
Bowen by deed bearing date March 31, 1884 and recorded in Orange
County Records of deeds in book No. 328 at page 182 on April 9, 1884.

EXCEPTING from the premises hereby conveyed two parcels of land
aggregating 1.06 acres conveyed to Miles Carrington Hannah by John W.
Sanford and wife.

EXCEPTING a lot 125 feet by 75 feet conveyed to the Home Gas Company
and SUBJECT to the easement for a gas pipe line heretofore granted
to said Home Gas Company and also to an easement heretofore granted
to Central Hudson Gas & Electric Co. for electric power line.

Premises hereby conveyed are subject to a right of way twenty feet
in width along the northerly boundary of said premises leading from
the Sleepy Valley Road to a lot of 8.02 acres conveyed by Bertha F.
Sanford to M. Renfrew Bradner, Jr. and John Henry Bradner by deed
dated Sept. 16, 1938 recorded in book 1229 page 494.

SUBJECT to grant to Rockland Light and Power Company recorded
December 9, 1953 in book 1290 page 437.

SUBJECT also to grants to Orange & Rockland Electric Company.

BEING the same premises conveyed by Frances Sanford Bradner and
Elizabeth Sanford Lewis to John Wheeler Sanford, Jr., and Dorothy A.
Sanford, his wife, by deed dated April 7, 1956, and recorded May 23,
1956, in Liber 1387 of Deeds, Page 123, Orange County Clerk's Office.

EXCEPTING THEREFROM premises conveyed by John Wheeler Sanford, Jr.,
and Dorothy A. Sanford, his wife, to John W. Sanford, III, by deed
dated April 14, 1966, and recorded April 18, 1966, in Liber 1741 of
Deeds, Page 280, Orange County Clerk's Office.

SUBJECT to the lien of a Mortgage, given by John W. Sanford, Jr.,

**Together** with the appurtinces and all the estate and right of the party of the first part in and to said premises,

**To have and to hold** the premises herein granted unto the part y of the their distributees and assigns forever. second part,

**And** the party of the first part covenants that s he has not done or suffered anything whereby the said premises have been incumbered in any way whatever, except as aforesaid;

**And** That, in Compliance with Sec. 13 of the Lien Law, the grantor will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

**In Witness Whereof**, the part y of the first part has hereunto set her hand and seal the day and year first above written.

In Presence of

DOROTHY A. SANFORD

**State of New York**
**County of ORANGE** } ss. On this 11ᵗʰ day of March Nineteen Hundred and Seventy, before me, the subscriber, personally appeared

– – – – – – – – DOROTHY A. SANFORD – – – – – – – – – –

to me personally known and known to me to be the same person described in and who executed the within Instrument, and s he duly acknowledged to me that s he executed the same.

*Notary Public*

OHN J. BEATTIE, Jr
OTARY PUBLIC IN THE STATE OF NEW YORK
MY COMMISSION EXPIRES MARCH 30, 19 71
ORANGE COUNTY CLERK'S NO. 19

LIBER **1842** PG **498**



REAL ESTATE    STATE OF
TRANSFER TAX    NEW YORK
Dept. of
Taxation    MAR 16 '70
& Finance    P.B. 10951    = 00.00

FORM 897 N. Y. DEED—Covenant Against Grantor with Lien Covenant
(Laws of 1917, Chap. 681, Statutory Form C, Chap. 627 Laws of 1932)

TUTBLANX REGISTERED U.S.PAT.OFFICE
Tuttle Law Print. Publishers, Rutland, Vt.

**123**

# This Indenture,

Made the 7th                day of April            Nineteen Hundred and
                                                     Fifty-Six

**Between** FRANCES SANFORD BRADNER, residing at 44 Maple Avenue
Warwick, N. Y. and

ELIZABETH SANFORD LEWIS, residing at 12 East 73rd St.
New York, N. Y.

*parties of the first part, and*

JOHN WHEELER SANFORD, JR. and DOROTHY A. SANFORD, his wife,

residing in the Town of Warwick, Orange County, New York

(having no street address)

*part ies of the second part,*

**Witnesseth,** *that the part ies of the first part, in consideration of*
- - - - - - - - - - - - - - - - - - - - - - - - One Dollar

($ 1.00 - - - -) *lawful money of the United States,* and other valuable

consideration                    *paid by the parties of the second part,*

do   *hereby grant and release unto the parties of the second part,*

their heirs       *and assigns forever, all* the undivided right, title and
interest devised to the parties of the first part under the last will
and testament of John Wheeler Sanford, deceased, in and to

ALL those certain pieces, parcels or tracts of land situate in
the said Town of Warwick, County of Orange, and State of New York,
bounded and described as follows:

First Parcel: BEGINNING at a heap of stones on the most Eastern
part of said Farm and adjoining the land of William L. Benedict and
runs thence. First, along the lands of Ross W. Sly and A.D.Demarest
north fifty five and one quarter degrees west seventy-four chains to
the lands of Mary Baird thence second, along the lands of said Baird
south thirteen degrees, East ten chains and eighty links to a heap
of stones on the corner of James A. Benedict lands thence. Third
along said Benedicts line south fourteen degrees East eleven chains
and seventy five links to a stake and stone thence. Fourth south fif-
teen degrees East seventeen chains and forty six links to a stake
and stones thence. Fifth along the lands of said J. A. Benedict and
William Penny south twelve degrees East fifteen chains and twenty-nine
links to the land of Thomas M. Hyatt thence Sixth, along the lands of
said Hyatt and Charles Coats north seventy-six and one half degrees
East seven chains and seventy three links to lands of Ann Eliza Stew-
art thence along said Stewarts land North fifteen degrees. East one
chain and ninety five links to a stake and stones thence still along
Stewart's land South seventy eight degrees, East four chains and
eighteen links thence along said Stewart's land and Lands of Gideon
S. Bradners and Bradner brothers lands and the lands of William L.
Benedict, North seventy-six and a half degrees East thirty six chains
and forty seven links to the place of beginning, containing about one
hundred and thirty-four acres of land more or less.
Excepting thereout and therefrom a small strip of land conveyed

124

Second Parcel. BEGINNING at a stake in the line of the lands of the party of the first part and Ezra Sanford and runs thence along said line North seventy seven and one-quarter degrees East four chains and fourteen links to center of highway; thence along the center of said highway South fourteen and one half degrees West one chains and seventy one links; thence North seventy eight degrees West three chains and sixty nine links to the place of beginning, containing three hundred and fifteen, one thousandth (315/1000) of an acre of land.

Third Parcel. BEGINNING at the southeast corner of the lands of John Burt in the highway leading from the lands of the Bradner brothers to John Burts, and running thence along said highway south forty four degrees East eleven chains and seventy eight links to a stake and stones; thence along the same South, fifty four degrees East four chains to the lands of James A. Benedict; thence along said Benedict's land north sixty degrees East four chains and twenty-six links to a stake and stones; thence along the same north, sixty seven and three quarter degrees east twenty chains and forty six links to the landsof G. W. Sanford thence along said Sanford's lands north eleven degrees West five chains and sixty six links to a stake and stones, thence (passing through the center of a large rock oak tree standing about one rod from the corner, north eighty four degrees west twenty four chains and thirty nine links to the lands of John Burt, thence along said Burt's lands south, thirty-one and one half degrees west four chains and sixty three links to a stake and thence still along said Burt's lands south sixty-four and three quarters degrees West six chains and eighty five links to the place of beginning, containing thirty-five acres and sixty one one hundredths of an acre.

Excepting thereout and therefrom about 39/100 of an acre conveyed to Frederick Frazer and Margaret Frazer his wife, by deed dated August 17th 1909, and recorded in Book 520 of deeds at page 411, on January 4, 1911.

Fourth Parcel. BEGINNING at the northwest corner of the lands of Charles Coates (now Agnes S. Wilder) and runs thence south eighteen degrees and thirty minutes west nine chains and sixty-two links to the middle of the highway; thence along the center of said highway north sixty-four and a half degrees west seven chains and forty-one links; thence north thirteen degrees east three chains and ninety-eight links; thence north seventy seven degrees east nine chains and four links to the place of beginning, containing about five acres, more or less.

Excepting and reserving thereout and therefrom about 93/100 of an acre conveyed by the said George W. Sanford and wife to Charles E. Bowen by deed, bearing date March 31, 1884, and recorded in Orange County records of deeds in Book No.328 at page 182, on April 9, 1884.

Excepting from the premises hereby conveyed two parcels of land aggregating 1.06 acres, conveyed to Miles Carrington Hannah by John W. Sanford and Wife.

Excepting a lot 125 feet by 75 feet, conveyed to the Home Gas Company and subject to the easement for a gas pipe line heretofore granted to said Home Gas Company, and also to an easement heretofore granted to Central Hudson Gas & Electric Co. for electric power line.

Premises hereby conveyed are subject to a right of way twenty feet in width along the northerly boundary of said premises leading from the Sleepy Valley Road to a lot of 8.02 acres conveyed by Bertha F. Sanford to M. Renfrew Bradner, Jr. and John Henry Bradner, by deed dated Sept. 16, 1938 recorded in Book 1229 page 494.

SUBJECT to Grant to Rockland Light and Power Company recorded December 9, 1953 in Book 1290, Page 437.

SUBJECT also to Grants to Orange & Rockland Electric Company.

**Together** with the appurtenances and all the estate and rights of the part ies of the first part in and to said premises,

**To have and to hold** the premises herein granted unto the part ies of the second part, **their heirs** and assigns forever.

**And** FRANCES SANFORD BRADNER and ELIZABETH SANFORD LEWIS

the parties of the first part covenant that t h e y have not done or suffered anything whereby the said premises have been incumbered in any way whatever.

**And** That, in Compliance with Sec. 13 of the Lien Law, the grantors will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

**In Witness Whereof,** the part ies of the first part ha ve hereunto set their hand s and seals the day and year first above written.

In Presence of

_Frances Sanford Bradner_
Frances Sanford Bradner    L S

_Elizabeth Sanford Lewis_
Elizabeth Sanford Lewis    L S

L S

L S

126

# State of New York

## County of ORANGE } ss..

On this **7d** day of **April** *Nineteen Hundred and*

**Fifty-Six** *before me, the subscriber, personally appeared*

FRANCES SANFORD BRADNER and ELIZABETH SANFORD LEWIS

*to me personally known and known to me to be the same person s described*

*in and who executed the within Instrument, and the y severally duly*

*acknowledged to me that t hey executed the same*

*John Charles Straton*

JOHN CHARLES STRATON
Notary Public in the State of New York
Appointed in Orange County, No. 1248
Commission expires March 30, 19 5 8

A true record entered May 23rd, 1956 at 3:00 P. M.

*A.E. Gottschalk* Clerk

FORM 201 N.Y. DEED—Covenant Against Grantor with Lien Covenant
(Laws of 1917, Chap. 681, Statutory Form C, Chap. 627 Laws of 1932)

TUTBLANK REGISTERED U.S. PAT OFFICE
Tuttle Law Print, Publishers, Rutland, Vt.

123

# This Indenture,

Made the   7th   day of April   Nineteen Hundred and Fifty-Six

**Between**   FRANCES SANFORD BRADNER, residing at 44 Maple Avenue Warwick, N. Y. and

ELIZABETH SANFORD LEWIS, residing at 12 East 73rd St. New York, N. Y.

*parties of the first part, and*

JOHN WHEELER SANFORD, JR. and DOROTHY A. SANFORD, his wife,

residing in the Town of Warwick, Orange County, New York

(having no street address)

*part ies of the second part,*

**Witnesseth,** *that the part ies of the first part, in consideration of* - - - - - - - - - - - - - - - - - - - - - - - - - - - - - One   Dollar

($ 1.00 - - - -) *lawful money of the United States,* and other valuable consideration   *paid by the parties of the second part,*

*do   hereby grant and release unto the parties of the second part,*

their heirs   *and assigns forever,* all the undivided right, title and interest devised to the parties of the first part under the last will and testament of John Wheeler Sanford, deceased, in and to

ALL those certain pieces, parcels or tracts of land situate in the said Town of Warwick, County of Orange, and State of New York, bounded and described as follows:

First Parcel: BEGINNING at a heap of stones on the most Eastern part of said Farm and adjoining the land of William L. Benedict and runs thence. First, along the lands of Ross W. Sly and A.D. Demarest north fifty five and one quarter degrees west seventy-four chains to the lands of Mary Baird thence second, along the lands of said Baird south thirteen degrees, East ten chains and eighty links to a heap of stones on the corner of James A. Benedict lands thence. Third along said Benedicts line south fourteen degrees East eleven chains and seventy five links to a stake and stone thence. Fourth south fifteen degrees East seventeen chains and forty six links to a stake and stones thence. Fifth along the lands of said J. A. Benedict and William Penny south twelve degrees East fifteen chains and twenty-nine links to the land of Thomas M. Hyatt thence Sixth, along the lands of said Hyatt and Charles Coats north seventy-six and one half degrees East seven chains and seventy three links to lands of Ann Eliza Stewart thence along said Stewarts land North fifteen degrees. East one chain and ninety five links to a stake and stones thence still along Stewart's land South seventy eight degrees, East four chains and eighteen links thence along said Stewart's land and Lands of Gideon S. Bradners and Bradner brothers lands and the lands of William L. Benedict, North seventy-six and a half degrees East thirty six chains and forty seven links to the place of beginning, containing about one Hundred and thirty-four acres of land more or less.

Excepting thereout and therefrom a small strip of land conveyed

124

Second Parcel. BEGINNING at a stake in the line of the lands of the party of the first part and Ezra Sanford and runs thence along said line North seventy seven and one-quarter degrees East four chains and fourteen links to center of highway; thence along the center of said highway South fourteen and one half degrees West one chains and seventy one links; thence North seventy eight degrees West three chains and sixty nine links to the place of beginning, containing three hundred and fifteen, one thousandth (315/1000) of an acre of land.

Third Parcel. BEGINNING at the southeast corner of the lands of John Burt in the highway leading from the lands of the Bradner brothers to John Burts, and running thence along said highway south forty four degrees East eleven chains and seventy eight links to a stake and stones; thence along the same South, fifty four degrees East four chains to the lands of James A. Benedict; thence along said Benedict's land north sixty degrees East four chains and twenty-six links to a stake and stones; thence along the same north, sixty seven and three quarter degrees east twenty chains and forty six links to the lands of G. W. Sanford thence along said Sanford's lands north eleven degrees West five chains and sixty six links to a stake and stones, thence (passing through the center of a large rock oak tree standing about one rod from the corner, north eighty four degrees West twenty four chains and thirty nine links to the lands of John Burt, thence along said Burt's lands south, thirty-one and one half degrees west four chains and sixty three links to a stake and thence still along said Burt's lands south sixty-four and three quarters degrees West six chains and eighty five links to the place of beginning, containing thirty-five acres and sixty one one hundredths of an acre.

Excepting thereout and therefrom about 39/100 of an acre conveyed to Frederick Frazer and Margaret Frazer his wife, by deed dated August 17th 1909, and recorded in Book 520 of deeds at page 411, on January 4, 1911.

Fourth Parcel. BEGINNING at the northwest corner of the lands of Charles Coates (now Agnes S. Wilder) and runs thence south eighteen degrees and thirty minutes west nine chains and sixty-two links to the middle of the highway; thence along the center of said highway north sixty-four and a half degrees west seven chains and forty-one links; thence north thirteen degrees east three chains and ninety-eight links; thence north seventy seven degrees east nine chains and four links to the place of beginning, containing about five acres, more or less.

Excepting and reserving thereout and therefrom about 93/100 of an acre conveyed by the said George W. Sanford and wife to Charles E. Bowen by deed, bearing date March 31, 1884, and recorded in Orange County records of deeds in Book No. 328 at page 182, on April 9, 1884.

Excepting from the premises hereby conveyed two parcels of land aggregating 1.06 acres, conveyed to Miles Carrington Hannah by John W. Sanford and Wife.

Excepting a lot 125 feet by 75 feet, conveyed to the Home Gas Company and subject to the easement for a gas pipe line heretofore granted to said Home Gas Company, and also to an easement heretofore granted to Central Hudson Gas & Electric Co. for electric power line.

Premises hereby conveyed are subject to a right of way twenty feet in width along the northerly boundary of said premises leading from the Sleepy Valley Road to a lot of 8.02 acres conveyed by Bertha F. Sanford to M. Renfrew Bradner, Jr. and John Henry Bradner, by deed dated Sept. 16, 1938 recorded in Book 1229 page 494.

SUBJECT to Grant to Rockland Light and Power Company recorded December 9, 1953 in Book 1290, Page 437.

SUBJECT also to Grants to Orange & Rockland Electric Company.