**Together** with the appurtenances and all the estate and rights of the parties of the first part in and to said premises,

**To have and to hold** the premises herein granted unto the parties of the second part, their heirs and assigns forever.

**And** FRANCES SANFORD BRADNER and ELIZABETH SANFORD LEWIS the parties of the first part covenant that they have not done or suffered anything whereby the said premises have been incumbered in any way whatever.

**And** That, in Compliance with Sec. 13 of the Lien Law, the grantors will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

**In Witness Whereof,** the parties of the first part have hereunto set their hands and seals the day and year first above written.

**In Presence of**



_Frances Sanford Bradner_ (L.S.)
Frances Sanford Bradner

_Elizabeth Sanford Lewis_ (L.S.)
Elizabeth Sanford Lewis

(L.S.)

(L.S.)

126

**State of New York**
County of ORANGE } ss..

On this 7th day of April Nineteen Hundred and Fifty-Six before me, the subscriber, personally appeared

FRANCES SANFORD BRADNER and ELIZABETH SANFORD LEWIS

to me personally known and known to me to be the same persons described in and who executed the within Instrument, and they severally duly acknowledged to me that they executed the same

*John Charles Straton*
JOHN CHARLES STRATON
Notary Public in the State of New York
Appointed in Orange County, No. 1249
Commission expires March 30, 1958

A true record entered May 23rd, 1956 at 3:00 P. M.

*A.E. Gottschalk* Clerk

#5

057957

# GRANT OF RIGHT OF WAY

This GRANT made the 17th day of June 1986, between JOHN WHEELER SANFORD, JR., residing at Maple Avenue, Village of Warwick, New York,

party of the first part, and ORANGE AND ROCKLAND UTILITIES, INC., a New York transportation corporation having its principal office and place of business at One Blue Hill Plaza, Pearl River, Rockland County, New York, party of the second part, witnesseth that:

The party of the first part hereto does hereby acknowledge the receipt of the sum of $1.00, for which consideration he does grant to the party of the second part, its successors and assigns, forever, the right, without notice, to enter upon and use part of the premises of the party of the first part as a right of way area for the purpose, from time to time, of constructing, reconstructing, altering, enlarging, repairing, removing, replacing, relocating, operating, maintaining, inspecting, excavating for, a Gas Regulator Station and one or more gas pipe lines, including Regulators, Braces, conduits, pipes, markers, vaults, manholes, and all necessary appurtenances thereto, upon, over, under and across the property of the party of the first part, situated in the Town of Warwick County of Orange and State of New York, the area of said right of way being described as follows: Beginning at a point in the westerly boundary of Route 17A and the easterly boundary of the property of the party of the first part, said beginning point also being a southeasterly property corner of lands now or formerly owned by Elizabeth Van Leer and then running from said point of beginning (B) South 5° 36' 27" West, 31.43± feet along the highway boundary to a point then, (C) North 53° 35' 41" West 229.80± feet through the land now or formerly owned by the party of the first part to a point then, (D) North 81° 10' 09" West 101.70± feet through the lands of the party of the first part to the most southerly corner of property now or formerly owned by the Home Gas Company, then along the boundary of Home Gas Company (E) North 34° 48' 29" East 74.10± feet, then (A) South 53° 35' 41" East 306.00± feet along the boundary between the first parties lands and said lands now or formerly owned by Elizabeth Van Leer, to the place or point of beginning, containing 0.444± Acres.

Subject to the right of Home Gas Company, their successors and assigns and the party of the first part to use the above described right of way for ingress and egress to and from the lands of Home Gas Company to the public highway known as New York State Highway Route 17A;

Town of Warwick Section 31 Block 2 Lot 66.2

together with the right at any time, without notice, to cut, chemically treat, remove and keep free from all trees, branches, and other vegetation and to keep free from and remove all buildings and obstructions, including all longitudinal highways whether public or private, within area both as described above and as continued on adjoining properties, as is more particularly shown on a map or plan of said property hereto annexed and made part hereof, entitled:

Orange and Rockland Utilities, Inc.
Pearl River, N.Y.
Gas Easement
Across Property of John W. Sanford, Jr.
In Town of Warwick   Orange Co., N. Y.
Scale 1" = 40'   Jan. 28, 1986

The party of the first part warrants that he is the owner in fee simple of the premises across which the aforementioned right of way is granted and has full free and unencumbered right to make such grant.

The party of the second part hereby agrees before exercising the privileges herein granted to pay the party of the first part, his heirs, executors or assigns, the additional sum of $ 2500.00 Dollars within thirty days of date hereof.

IN WITNESS WHEREOF the said party of the first part has hereunto set his hand this day and year as first above written.

Signed, sealed and delivered
in the presence of:

_____           John Wheeler Sanford, Jr. _____ L.S.

_____           _____ L.S.

RES 71-03-10.3    LIBER 2531 PG 139



State of New York   } SS:
County of
   On this         day of                , 19     , before me personally came

to me known and known to me to be the individual           described in and who executed the foregoing instrument, and            duly acknowledged to me that      executed the same.

State of New York   } SS:
County of
   On this         day of                , 19     , before me personally came
                                                                , to me known, who being by me duly sworn did
depose and say that      he resides at                                          ; that              he is the
                                  ; of the
the corporation described in and which executed the above instrument; that       he knows the seal of said corporation, that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that      he signed h    name thereto by like order.

**GRANT OF RIGHT OF WAY**

Parcel No. ....................
Map No. ....................
Sanford, John Wheeler, Jr.,
            GRANTOR
TRANSMISSION LINE
Date .................... 19 86
Recorded .................... 19
Paid .................... 19
Voucher No. ....................
Paid .................... 19
Voucher No. ....................

RETURN TO
Mr. Robert Colbath
Orange and Rockland Utilities, Inc.
500 Route 208
Monroe, New York 10950

RECEIVED
REAL ESTATE
JUN 1 8 1986
TRANSFER TAX
ORANGE COUNTY

Orange County Clerk's Office, s.s.
Recorded on the 18th day of
June 1986 at 10:15
o'c   in L  253
   page 139
and Examined.
                Murphy
                Clerk

State of New York   } SS:
County of Orange
   On this 17TH day of JUNE , 1986 , before me personally came
ROBERT O. COLBATH                                             , the subscribing
witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did
depose and say that      he resides at 6 SYLVAN WAY, SUFFERN N.Y. 10901
that he knows John Wheeler Sanford Jr
to be the individual described in, and who executed, the foregoing instrument; that      he      , said subscribing
witness, was present and saw him execute the same; and that      he      , said witness at the same time subscribed
   his name as witness thereto.

                              Stephen Padgett
                              STEPHEN PADGETT
                              NOTARY PUBLIC STATE OF NEW YORK
                              APPOINTED IN ORANGE COUNTY
                              COMMISSION EXPIRES MAR 30, 1987

LIBER 2531 PG 141