UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**MILLENNIUM PIPELINE COMPANY, L.L.C.,**

                *Plaintiff,*

-vs-

**CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN (No Number) EAST SIDE OF STATE HIGHWAY 94 & 17A, S.B.L. No. 31-2-64.32 AND (No Number) WEST SIDE OF STATE HIGHWAY 94 & 17A, S.B.L. No. 31-2-66.2, TOWN OF WARWICK, COUNTY OF ORANGE, NEW YORK, John W. Sanford, III, John Doe, et al., and Unknown Owners,**

                *Defendants.*

**CORPORATE DISCLOSURE STATEMENT**

Civil Action No.

**07 CIV. 7646**



---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Millennium Pipeline Company, L.L.C., by and through its attorneys, Hiscock & Barclay, LLP, hereby discloses that Millennium Pipeline Company, L.L.C. is a Delaware limited liability company with its principal place of business located in Pearl River, Rockland County, New York. Millennium Pipeline Company, L.L.C. is owned by the following companies, whose ownership interests collectively total 100%: Columbia Gas Transmission Corporation, 47.5%; KeySpan Millennium, LLC, 26.25%; and DTE Millennium Company, 26.25%.

DATED:   August 20, 2007          HISCOCK & BARCLAY, LLP

By: _____
   Darryl J. Colosi DC2929
   Mark D. Lansing MDL1947

*Attorneys for Plaintiff*
Millennium Pipeline Company, L.L.C.
Office and Post Office Address
50 Beaver Street
Albany, New York 12207-2830
Telephone: (518) 434-2163