UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MILLENNIUM PIPELINE, LLC,

                Plaintiff,

-against-

CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN (No Number) EAST SIDE OF STATE HIGHWAY 94 & 17A S.B.I. No. 31-2-64.32 AND (no NUMBER) WEST SIDE OF STATE HIGHWAY 94 & 17A S.B.I. 31-2-66.2, TOWN OF WARWICK, COUNTY OF ORANGE, NEW YORK, JOHN W. SANFORD, III, JOHN DOE, ET AL., AND UNKNOWN OWNERS,

                Defendants

**AFFIDAVIT OF SERVICE**

Civil Action No.: 07-CIV-7646

---

STATE OF NEW YORK  }
                       } SS.
COUNTY OF ALBANY   }

WILLIAM CAREY, being duly sworn, deposes and says:

1. I am over the age of 18 and am not a party interested in this matter and reside in the City of Rensselaer, Rensselaer County, New York.

2. On August 29, 2007, I served a true copy of the Notice of Condemnation, Corporate Disclosure Statement and Complaint in the above-caption action via Certified Mail – Return Receipt Requested upon:

| Orange & Rockland Utilities, Inc.<br>c/o Larry Carbone, Esq.<br>One Blue Hill Plaza<br>Pearl River, New York 10965 | |
|---|---|

By depositing the same in properly addressed, sealed envelope, with postage pre-paid thereon, in an Official Depository maintained and exclusively controlled by the United States Post Office and located at Hudson Street Station, Albany, New York 12207.

                                                                               WILLIAM CAREY

Sworn to before me this
14th day of September, 2007.

_____
Notary Public

SHARON R. MADDALLA
Notary Public, State of New York
No. 01MA6117905
Qualified in Rensselaer County
Commission Expires Nov. 1, 2008

ALLIB01\189817\4

HISCOCK & BARCLAY, LLP