UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MILLENNIUM PIPELINE, LLC,

                      Plaintiff,

-against-

CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN (No Number) EAST SIDE OF STATE HIGHWAY 94 & 17A S.B.I. No. 31-2-64.32 AND (NO NUMBER) WEST SIDE OF STATE HIGHWAY 94 & 17A S.B.I. 31-2-66.2, TOWN OF WARWICK, COUNTY OF ORANGE, NEW YORK, JOHN W. SANFORD, III, JOHN DOE, ET AL., AND UNKNOWN OWNERS,

                      Defendants

**AFFIDAVIT OF SERVICE**

Civil Action No.: 07-CIV-7646

STATE OF NEW YORK   }
                            } SS.
COUNTY OF ALBANY     }

WILLIAM CAREY, being duly sworn, deposes and says:

1. I am over the age of 18 and am not a party interested in this matter and reside in the City of Rensselaer, Rensselaer County, New York.

2. On September 7, 2007, I served a true copy of the Notice of Condemnation, Corporate Disclosure Statement and Complaint in the above-caption action via First Class Mail upon:

| John W. Sanford, III<br>Maple Terrace Farm<br>Seward Highway<br>Warwick, New York 10990 | |

By depositing the same in properly addressed, sealed envelope, with postage pre-paid thereon, in an Official Depository maintained and exclusively controlled by the United States Post Office and located at Hudson Street Station, Albany, New York 12207.

                                                                _WILLIAM CAREY_

Sworn to before me this
14th day of September, 2007.

_____
Notary Public

SHARON R. MADDALLA
Notary Public, State of New York
No. 01MA6117905
Qualified in Rensselaer County
Commission Expires Nov. 1, 2008

ALLIB01\1898171\5