UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MILLENNIUM PIPELINE, LLC,

                Plaintiff,

-against-

CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN (No Number) EAST SIDE OF STATE HIGHWAY 94 & 17A S.B.I. No. 31-2-64.32 AND (no NUMBER) WEST SIDE OF STATE HIGHWAY 94 & 17A S.B.I. 31-2-66.2, TOWN OF WARWICK, COUNTY OF ORANGE, NEW YORK, JOHN W. SANFORD, III, JOHN DOE, ET AL., AND UNKNOWN OWNERS,

                Defendants

**AFFIDAVIT OF SERVICE**

Civil Action No.: 07-CIV-7646

---

STATE OF NEW YORK   }
                               } SS.
COUNTY OF ALBANY    }

WILLIAM CAREY, being duly sworn, deposes and says:

1. I am over the age of 18 and am not a party interested in this matter and reside in the City of Rensselaer, Rensselaer County, New York.

2. On September 10, 2007, I served a true copy of the Notice of Condemnation, Corporate Disclosure Statement and Complaint in the above-caption action via UPS overnight mail upon:

| Robert E. Krahulik, Esquire<br>Bonacic, Krahulik & Associates, LLP<br>Two Bank Street<br>P.O. Box 891<br>Warwick, New York 10990 | |
|---|---|

picked up at 50 Beaver Street, Fifth Floor, Albany, New York.

                                                     */s/ William Carey*
                                                     WILLIAM CAREY

Sworn to before me this
14th day of September, 2007.

_____
Notary Public

SHARON R. MADDALA
Notary Public, State of New York
No. 01MA6117905
Qualified in Rensselaer County
Commission Expires Nov. 1, 2008

HISCOCK & BARCLAY, LLP

ALLIB01\189817\8