UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MILLENNIUM PIPELINE, LLC,

                     Plaintiff,

-against-

CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN (No Number) EAST SIDE OF STATE HIGHWAY 94 & 17A S.B.I. No. 31-2-64.32 AND (no NUMBER) WEST SIDE OF STATE HIGHWAY 94 & 17A S.B.I. 31-2-66.2, TOWN OF WARWICK, COUNTY OF ORANGE, NEW YORK, JOHN W. SANFORD, III, JOHN DOE, ET AL., AND UNKNOWN OWNERS,

                     Defendants

**AFFIDAVIT OF SERVICE**

Civil Action No.: 07-CIV-7646

---

STATE OF NEW YORK    }
                               } SS.
COUNTY OF ALBANY     }

**SHARON R. MADDALLA**, being duly sworn, deposes and says:

1. I am over the age of 18 and am not a party interested in this matter and reside in the Town of East Greenbush, Rensselaer County, New York.

2. On September 10, 2007, I served a true copy of the Order to Show Cause, Affidavit of Mark D. Lansing and Plaintiff's Memorandum of Law in Support thereof in the above-captioned action via UPS overnight mail upon:

| Robert E. Krahulik, Esquire<br>Bonacic, Krahulik & Associates, LLP<br>Two Bank Street<br>P.O. Box 891<br>Warwick, New York  10990 | John W. Sanford, III<br>Maple Terrace Farm<br>Seward Highway<br>Warwick, New York 10990 |
|---|---|

picked up at 50 Beaver Street, Fifth Floor, Albany, New York.

                                                */s/ Sharon Maddalla*
                                                  **SHARON R. MADDALLA**

Sworn to before me this
27th day of September, 2007.

_/s/_____
Notary Public

SHARON M. NIEMITALO
Notary Public, State of New York
Qualified in Rensselaer Co. No 01NI6117077
Commission Expires Oct. 18, 2008

ALLIB01\189817\9

HISCOCK & BARCLAY, LLP