UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MILLENNIUM PIPELINE, LLC,

                      Plaintiff,

    -against-

CERTAIN PERMANENT AND TEMPORARY EASEMENTS IN (No NUMBER) EAST SIDE OF STATE HIGHWAY 94 & 17A S.B.I. No. 31-2-64.32 AND (NO NUMBER) WEST SIDE OF STATE HIGHWAY 94 & 17A S.B.I. 31-2-66.2, TOWN OF WARWICK, COUNTY OF ORANGE, NEW YORK, JOHN W. SANFORD, III, JOHN DOE, ET AL., AND UNKNOWN OWNERS,

                      Defendants

**AFFIDAVIT OF SERVICE**

Civil Action No.: 07-CIV-7646

---

STATE OF NEW YORK  }
                             } SS.
COUNTY OF ALBANY    }

    **SHARON R. MADDALLA**, being duly sworn, deposes and says:

1. I am over the age of 18 and am not a party interested in this matter and reside in the Town of East Greenbush, Rensselaer County, New York.

2. On September 24, 2007, I served a true copy of the Reply Affidavit of Mark D. Lansing in Support of Plaintiff's Motion for a Preliminary Injunction and Plaintiff's Reply Memorandum of Law in Further Support of its Motion for a Preliminary Injunction in the above-captioned action via telefax and via first class mail upon:

| Robert E. Krahulik, Esquire<br>Bonacic, Krahulik & Associates, LLP<br>Two Bank Street<br>P.O. Box 891<br>Warwick, New York 10990<br>Telefax No. 845-986-9421 | |
|---|---|

                                                          _____
                                                                  SHARON R. MADDALLA

Sworn to before me this
27th day of September, 2007.

_____
Notary Public

SHARON M. NIEMITALO
Notary Public, State of New York
Qualified in Rensselaer Co. No 01NI6117077
Commission Expires Oct. 18, 2008

ALLIB01\189817\10

HISCOCK & BARCLAY, LLP